**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DEBRA LAIGNEL-HEIST,

    Plaintiff,

v.                                                              Case No. 3:03cv599/MCR/EMT

UNITED STATES OF AMERICA,

    Defendant.

_____/

## AMENDED ORDER OF DISMISSAL

    This cause is before the court upon the parties' Stipulation for Dismissal with prejudice.  (Doc. 14).  Upon consideration of the foregoing, the above-entitled action is **DISMISSED** with prejudice.  The Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 1st day of June, 2005.


     s/ *M. Casey Rodgers*

**M. CASEY RODGERS
United States District Judge**